GLENBROOK COMPANY, INC., Respondent, *v.* W. HUNT
HALL, Appellant.

*Landlord and tenant — action for rent — defense that rent was excessive.*

*Glenbrook Co., Inc.,* v. *Hall,* 209 App. Div. 869, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought by the landlord of residential property in New York city against a tenant, to recover rent for the months of October and November, 1922. The amended complaint alleged defendant's occupancy of an apartment at No. 570 Park avenue, borough of Manhattan, city of New York, pursuant to a three-year lease commencing October 1, 1919, at the yearly rental of $4,000, payable in equal monthly installments in advance, a notice more than thirty days prior to the expiration of the lease that the rental would be increased commencing with October 1, 1922, to $5,900 per annum, defendant's refusal to surrender possession at the date of expiration of the old lease and refusal to pay the rent, amounting to the sum of $491.67 for each of said months, which rent was reasonable and fair, and that no part thereof has been paid. The answer admitted substantially all of the allegations of the complaint, except as to the amount of rent due, and plead by way of separate defense (in the language of the Emergency Rent Laws) that the rent demanded by the plaintiff was unjust and unreasonable and the agreement under which it was claimed, oppressive.

*Martin Conboy* and *Edwin N. Moore* for appellant.

*Lewis M. Isaacs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: McLAUGHLIN, J. Not sitting: LEHMAN, J.